UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING, <br><br>   Plaintiff, <br><br> v. <br><br> LUKE I. SANDS, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  No. 1:24-cv-00429-SDN |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 149 Free Street, Dexter, Maine 04930**
**Mortgage: November 18, 2020**
**Book 15795, Page 81 of Penobscot County Registry of Deeds**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on February 5, 2026. Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq. Defendant, Luke I. Sands, did not appear. I granted the Motion for Default Judgment and, pursuant to the Plaintiff's request, dismissed Counts II–IV of the Complaint. Order on Pl.'s Mot. for Default Judgment (ECF No. 33). **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing ($120,402.02) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, NewRez shall forthwith

1

discharge the Mortgage and file a dismissal of this action on the ECF Docket.

The following is a breakdown of the amount due and owing as of February 5, 2026:

| Description | Amount |
|---|---|
| Principal Balance | $99,171.94 |
| Interest at 3% to 2/5/2026 | $5,982.92 |
| ** Escrow Balance at Loan Transfer | ($569.31) |
| Insurance | $5,262.82 |
| Taxes | $9,468.99 |
| Corporate Advances | $8,205.93 |
| Subtotal | $127,523.29 |
| Credits | ($6,734.85) |
| Unapplied Balance | ($386.42) |
| Grand Total | $120,402.02 |

2. If the Defendant or his heirs or assigns do not pay NewRez the amount adjudged due and owing ($120,402.02) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the Dexter Property shall terminate, and NewRez shall conduct a public sale of the Dexter Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $120,402.02 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at the hearing.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his right to possession, NewRez may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The Plaintiff is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S. § 2401(3).

6. The amount due and owing is $120,402.02.

7. NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $120,402.02, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

8. The pre-judgment interest rate is 3.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>William H. Sandstead, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Luke I. Sands<br>149 Free Street<br>Dexter, ME 04930 | Defaulted |

a) The docket number of this case is No. 1:24-cv-00429-SDN.

b) The Defendant, the only party to these proceedings besides NewRez, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 149 Free Street, Dexter, ME 04930, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 149 Free Street, Dexter, ME 04930. The Mortgage was executed by the Defendant, Luke I. Sands, on November 18, 2020. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 15795, Page 81.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 149 Free Street, Dexter, ME 04930.

**SO ORDERED.**

Dated this 18th day of February, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**
